**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1659**

MR. GLENWOOD THOMAS; MR. ERIC BANKS; MR. LANNY BODDY,

Plaintiffs - Appellants,

v.

MAYOR AND CITY COUNCIL OF BALTIMORE CITY,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.   James K. Bredar, District Judge. (1:11-cv-02479-JKB)

Submitted:  January 23, 2014        Decided:  January 27, 2014

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

John H. Morris, Jr., Baltimore, Maryland, for Appellants. George A. Nilson, City Solicitor, William R. Phelan, Jr., Chief Solicitor, Phyllis P. Edmonds, Assistant Solicitor, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Glenwood Thomas, Eric Banks, and Lanny Boddy ("Appellants") appeal the district court's order granting summary judgment in favor of the Mayor and City Council of Baltimore City in Appellants' employment discrimination action. We have reviewed the parties' briefs and the record on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Thomas v. Mayor and City Council of Baltimore City, No. 1:11-cv-02479-JKB (D. Md. Apr. 17, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2